Defendant: **ICR, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112648 | $43,680.00 | 2/21/2023 | INV106642 | 11/1/2022 | $21,840.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112648 | $43,680.00 | 2/21/2023 | INV105798 | 10/1/2022 | $21,840.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112895 | $21,840.00 | 2/28/2023 | INV107492 | 1/1/2023 | $21,840.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/17/2023 | $21,840.00 | 4/17/2023 | INV104137 | 12/1/2022 | $21,840.00 |

**Totals:** 3 transfer(s), $87,360.00